# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASPER L. DOCKERY, | : | CIVIL ACTION NO. 3:16-cv-2123 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| WARDEN C. MAIDRANS, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, to wit, this 10th day of April 2018, upon consideration of Defendants' partial motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) (Doc. 31), and upon consideration of Plaintiff's motion (Doc. 51) to amend or supplement his complaint, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED:

1. Defendants' motion (Doc. 31) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) is GRANTED. The complaint against Defendant Horeis is DISMISSED in its entirety.

2. Defendants' motion (Doc. 31) for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) is GRANTED. The Clerk of Court is directed to ENTER judgment in favor Baysore, Kabonick, Kaiser, Maiorana, Mosier, Mowatt, Mushala, Newcomb, Rardin, Taylor, and Sebastian and against Plaintiff.

3. Defendant Valle is VOLUNTARILY DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(2).

4. The Clerk of Court is directed to TERMINATE "Mr United States of America" as Amicus in this matter.

5. The Clerk of Court is further directed to CLOSE this case.

6. Any appeal from this Order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

**BY THE COURT:**

**s/James M. Munley** _
**JUDGE JAMES M. MUNLEY**
**United States District Court**